UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN TURNER, | |
| Plaintiff, | 2:13-cv-01752-GMN-NJK |
| vs. | **ORDER** |
| HIGH DESERT STATE PRISON, *et al.*, | |
| Defendants. | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. By order filed January 13, 2014, the Court dismissed this action with prejudice, because the complaint was frivolous and could not be cured through amendment. (ECF No. 8). Judgment was entered that same date. (ECF No. 10). On January 29, 2014, the Court denied plaintiff's two motions for reconsideration. (ECF No. 13). On March 13, 2014, plaintiff filed a third motion for reconsideration. (ECF No. 18).

This Court properly entered judgment dismissing this action in the order filed January 13, 2014. (ECF No. 8). This Court properly reviewed and dismissed this action as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1),(2) and 28 U.S.C. § 1915(e)(2). In his third motion for reconsideration, plaintiff has failed to make an adequate showing under either Rule 59(e) or Rule 60(b) to justify granting his motion for reconsideration or otherwise altering the judgment of this Court.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (ECF No. 18) is **DENIED.**

**DATED** this 12th day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court